**Application for Admission *Pro Hac Vice***
**Attachment A**

# ATTACHMENT A

**Matters before West Virginia tribunals or other judicial bodies in which <u>any member of applicant's firm</u>, Williams & Connolly LLP, is or has been involved in the past 24 months:**

**I.      Federal Cases**

*AstraZeneca AB v. Mylan Pharmaceuticals Inc.*, No. 22-cv-00035 (N.D.W. Va.)

*Bayer Pharma AG v. Mylan Pharmaceuticals Inc.*, No. 21-cv-00099-IMK (N.D.W. Va.)

*Pfizer Inc. v. Mylan Pharmaceuticals Inc.*, No. 1:20-cv-00244-TSK (N.D.W. Va.)

*AstraZeneca AB v. Mylan Pharm. Inc.*, No. 19-cv-00203 (N.D.W. Va.)

*AstraZeneca AB v. Mylan Pharm. Inc.,* No. 18-cv-00193 (N.D.W. Va.)

*Merck Sharp & Dohme Corp. v. Mylan Pharmaceuticals Inc.*, No. 1:19-cv-00101-IMK (N.D.W. Va.)

*Anacor Pharmaceuticals, Inc. v. Mylan Pharmaceuticals Inc.*, No. 1:18-cv-00202 (N.D.W. Va.)

*Pfizer Inc. v. Mylan Pharmaceuticals, Inc.*, No. 1:19-cv-00097 (N.D.W. Va.)

*City of Kenova (WV) v. ABDC*, No. 2:18-cv-01472 (S.D.W. Va.)

*City of Vienna (WV) v. ABDC*, No. 2:19-cv-00052 (S.D.W. Va.)

*Greenbrier (WV), County Commission v. ABDC*, No. 5:19-cv-00084 (S.D.W. Va.)

*City of Charles Town (WV) v. ABDC*, No. 3:19-cv-00040-GMG (N.D.W. Va.)

*Wellman v. Howmedica Osteonics Corp.*, No. 1:19-cv-00094 (S.D.W. Va.)

*Boone County Commission v. AmerisourceBergen Drug Corporation*, No. 2:17-cv-02028 (S.D.W. Va.)

*City of Bluefield, West Virginia, a West Virginia municipal corporation v. AmerisourceBergen Drug Corporation*, No. 1:18-cv-00930 (S.D.W. Va.)

*Braxton County Commission, West Virginia v. Cardinal Health, Inc., McKesson Corporation*, No. 2:18-cv-00419 (S.D.W. Va.)

*Cabell County Commission v. AmerisourceBergen Drug Corporation*, No. 3:17-cv-01665 (S.D.W. Va.)

*Calhoun County Commission, West Virginia v. AmerisourceBergen Drug Corporation*, No. 2:18-cv-00407 (S.D.W. Va.)

1

**Application for Admission *Pro Hac Vice***
**Attachment A**

*Town of Clendenin, West Virginia, a West Virginia municipal corporation, v. AmerisourceBergen Drug Corporation*, No. 2:18-cv-1284 (S.D.W. Va.)

*Mayor Raamie Barker, on behalf of The Town of Chapmanville v. West Virginia Board of Pharmacy*, No. 2:17-cv-03715 (S.D.W. Va.)

*City of Charleston, West Virginia, a West Virginia municipal corporation v. Rite Aid of Maryland, Inc.*, No. 2:18-cv-00251 (S.D.W. Va.)

*County Commission of Clay County v. Purdue Pharma, L.P.*, No. 2:18-cv-00413 (S.D.W. Va.)

*City of Dunbar, West Virginia, a West Virginia municipal corporation, v. AmerisourceBergen Drug Corporation,* No. 2:18-cv-00597 (S.D.W. Va.)

*Town of Eleanor, West Virginia, a West Virginia municipal corporation v. AmerisourceBergen Drug Corporation*, No. 3:18-cv-00456 (S.D.W. Va.)

*Fayette County Commission v. Cardinal Health, Inc.*, No. 2:17-cv-01957 (S.D.W. Va.)

*Town of Fort Gay, West Virginia, a West Virginia municipal corporation v. Rite Aid of Maryland, Inc.*, No. 3:18-cv-00280 (S.D.W. Va.)

*Town of Glenville, West Virginia, a West Virginia municipal corporation v. AmerisourceBergen Drug Corporation*, No. 2:18-cv-00448 (S.D.W. Va.)

*Town of Granville, West Virginia, a West Virginia municipal corporation v. AmerisourceBergen Drug Corporation*, No. 2:18-cv-00443 (S.D.W. Va.)

*Mayor David Adkins, on behalf of The Town of Hamlin v. Purdue Pharma, L.P.*, No. 2:18-cv-00477 (S.D.W. Va.)

*City of Huntington v. AmerisourceBergen Drug Corporation*, No. 3:17-cv-01362 (S.D.W. Va.)

*City of Hurricane, West Virginia, a West Virginia municipal corporation v. AmerisourceBergen Drug Corporation*, No. 3:18-cv-00401 (S.D.W. Va.)

*Kanawha County Commission* v. *Rite Aid of Maryland, Inc. d/b/a Rite Aid Mid-Atlantic Customer Support Center, Inc.*, No. 2:17-cv-01666 (S.D.W. Va.)

*Mayor Charles Sparks, on behalf of The Town of Kermit v. McKesson Corporation*, No. 2:17-cv-03372 (S.D.W. Va.)

*Mayor Vivian Livinggood, on behalf of The Town of Gilbert v. West Virginia Board of Pharmacy*, No. 2:17-cv-03369 (S.D.W. Va.)

*County Commission of Lincoln County v. West Virginia Board of Pharmacy*, No. 2:17-cv-03366 (S.D.W. Va.)

**Application for Admission *Pro Hac Vice***
**Attachment A**

*Logan County Commission v. Cardinal Health, Inc.*, No. 2:17-cv-02296 (S.D.W. Va.)

*City of Logan, a West Virginia municipal corporation v. AmerisourceBergen Drug Corporation*, No. 2:18-cv-00434 (S.D.W. Va.)

*Town of Man, a West Virginia municipal corporation v. AmerisourceBergen Drug Corporation*, No. 2:18-cv-00463 (S.D.W. Va.)

*County Commission of McDowell County v. McKesson Corporation*, No. 1:17-cv-00946 (S.D.W. Va.)

*County Commission of Mercer County v. West Virginia Board of Pharmacy*, No. 1:17-cv-03716 (S.D.W. Va.)

*City of Milton, a West Virginia municipal corporation v. AmerisourceBergen Drug Corporation*, No. 3:18-cv-00435 (S.D.W. Va.)

*County Commission of Mingo County v. Purdue Pharma, L.P.*, No. 2:18-cv-00476 (S.D.W. Va.)

*Morgan County Commission v. Purdue Pharmaceutical Products, LP*, No. 3:18-cv-00044 (N.D.W. Va.)

*Nicholas County Commission v. AmerisourceBergen Drug Corporation*, No. 2:18- cv-00421 (S.D.W. Va.)

*City of Parkersburg, a West Virginia municipal corporation v. AmerisourceBergen Drug Corporation*, No. 2:18-cv-00423 (S.D.W. Va.)

*Pocahontas County Commission v. Purdue Pharmaceutical Products, LP*, No. 2:18-cv-00434 (S.D.W. Va.)

*City of Princeton, West Virginia, a West Virginia municipal corporation v. AmerisourceBergen Drug Corporation*, No. 1:18-cv-01242 (S.D.W. Va.)

*County Commission of Putnam County v. AmerisourceBergen Drug Corporation*, No. 3:18-cv-00350 (S.D.W. Va.)

*Town of Quinwood, West Virginia, a West Virginia municipal corporation v. AmerisourceBergen Drug Corporation*, No. 5:18-cv-00427 (S.D.W. Va.)

*Town of Rainelle, a West Virginia municipal corporation v. AmerisourceBergen Drug Corporation*, No. 5:18-cv-00425 (S.D.W. Va.)

*Raleigh County Commission v. CVS Indiana, L.L.C.*, No. 5:17-cv-04484 (S.D.W. Va.)

*Town of Rupert, West Virginia, a West Virginia municipal corporation v. AmerisourceBergen Drug Corporation*, No. 5:18-cv-00426 (S.D.W. Va.)

**Application for Admission *Pro Hac Vice***
**Attachment A**

*City of Saint Albans, West Virginia, a West Virginia municipal corporation v. AmerisourceBergen Drug Corporation*, No. 2:18-cv-00370 (S.D.W. Va.)

*Walter and Virginia Salmons, individually and as the next friend or guardian of minor W.D. and on behalf of all others similarly situated v. Purdue Pharma L.P.*, No. 2:18-cv-00385 (S.D.W. Va.)

*Wayne County Commission v. Rite Aid of Maryland, Inc. d/b/a Rite Aid Mid-Atlantic Customer Support Center, Inc.*, No. 3:17-cv-01962 (S.D.W. Va.)

*City of Smithers, West Virginia, a West Virginia municipal corporation v. AmerisourceBergen Drug Corporation*, No. 2:18-cv-00441 (S.D.W. Va.)

*City of Summersville, a West Virginia municipal corporation v. AmerisourceBergen Drug Corporation*, No. 2:18-cv-00431 (S.D.W. Va.)

*Town of Sutton, West Virginia, a West Virginia municipal corporation v. Cardinal Health, Inc. McKesson Corporation*, No. 2:18-cv-00440 (S.D.W. Va.)

*Mayor Reba Honaker, on behalf of City of Welch v. McKesson Corporation*, No. 17-cv-03364 (S.D.W. Va.)

*Mayor Farris Burton, on behalf of The Town of West Hamlin v. Purdue Pharma, L.P.*, No. 2:18-cv-00478 (S.D.W. Va.)

*City of Winfield, West Virginia, a West Virginia municipal corporation v. AmerisourceBergen Drug Corporation*, No. 3:18-cv-00400 (S.D.W. Va.)

*Mayor Robert Carlton, on behalf of The City of Williamson v. West Virginia Board of Pharmacy*, No. 2:17-cv-03532 (S.D.W. Va.)

*Pfizer Inc. v. Mylan Inc.*, No. 1:15-cv-00188-IMK (N.D.W. Va.)

*Pfizer Inc. v. Mylan Inc.*, No. 1:15-cv-00004-IMK (N.D.W. Va.)

*Marshall County Coal Co. v. John Oliver*, No. 5:17-cv-00099 (N.D.W. Va.)

*Berkeley County Council v. Purdue Pharmaceutical Products, LP*, No. 3:17-cv-00143 (N.D.W. Va.)

*Jefferson County Commission v. Purdue Pharmaceutical Products, LP*, No. 3:17-cv-00144 (N.D.W. Va.)

*Gilmer County Commission v. Cardinal Health, Inc.*, No. 2:18-cv-01290 (S.D.W. Va.)

*Town of Gauley Bridge, West Virginia, a West Virginia municipal corporation v. AmerisourceBergen Drug Corporation*, No. 2:18-cv-01392 (S.D.W. Va.)

**Application for Admission *Pro Hac Vice***
**Attachment A**

*Town of Sophia, West Virginia, a West Virginia municipal corporation v. AmerisourceBergen Drug Corporation*, No. 2:18-cv-01286 (S.D.W. Va.)

*Al Marino, Inc., individually, and on behalf of all other similarly situated v. Purdue Pharma, L.P.*, No. 2:19-cv-00723 (S.D.W. Va.)

*Stacey Harris, as next friend and guardian of Baby N.M.B. v. McKesson Corporation*, No. 2:19-cv-00707 (S.D.W. Va.)

*City of Montgomery, West Virginia, a West Virginia municipal corporation v. Amerisourcebergen Drug Corporation*, No. 2:18-cv-01285 (S.D.W. Va.)

*Bobbie Lou Moore, individually and as next friend and guardian of minor R.R.C., on behalf of themselves and all other similarly situated v. Purdue Pharma L.P.*, No. 2:18-cv-01231 (S.D.W. Va.)

*Town of Whitesville, West Virginia, a West Virginia municipal corporation v. Amerisourcebergen Drug Corporation*, No. 2:18-cv-01287 (S.D.W. Va.)

*Wyoming County Commission v. Amerisourcebergen Drug Corporation*, No. 5:17-cv-02311 (S.D.W. Va.)

*Blankenship v. Fox News Network, LLC*, No. 2:19-cv-00236 (S.D.W. Va.)

*In re C.R. Bard, Inc., Pelvic Repair System Products Liability Litigation*, No. 2:10-md-02187 (S.D.W. Va.)

**II.     State Cases**

*Craig Davis v. AutoZone Parts, Inc. and Clarios LLC*, No. 20-C-40 (Circuit Court of Mingo County, West Virginia)

*West Virginia University Hospitals Inc. v. Purdue Pharma, L.P.* (Circuit Court of Marshall County, West Virginia)

*Wellman v. Howmedica Osteonics Corp.*, No. 18-C-237 (Circuit Court of Mercer County, West Virginia)

*Mason (WV), County Commission v. Purdue Pharma L.P.*, Nos. 19-C-4; 19-C-5; 19-C-6; 19-C-7; 19-c-8; 19-c-9 (Circuit Court of Marshall County, West Virginia)

*Mayor Raamie Barker, on behalf of The Town of Chapmanville v. West Virginia Board of Pharmacy*, No. 17-C-168 (Circuit Court of Logan County, West Virginia)

*Mayor Robert Carlton, on behalf of The City of Williamson v. West Virginia Board of Pharmacy*, No. 17-C-99 (Circuit Court of Mingo County, West Virginia)

**Application for Admission *Pro Hac Vice***
**Attachment A**

*County Commission of Mercer County v. West Virginia Board of Pharmacy*, No. 17-C-236-DS (Circuit Court of Mercer County, West Virginia)

*In re Zoloft Litigation*, No. 14-C-7000 (Circuit Court of Kanawha County, West Virginia), and related cases including *In re Zoloft Litigation, J.C., a minor by and through his mother and next friend, Michelle Cook*, No. 12-C-146 WNE; *In re Zoloft Litigation, D.B., a minor by and through his mother and next friend Nina Brumfield*, No. 12-C-164 WNE; *In re Zoloft Litigation, LH, a minor by and through her mother and next friend Angela Hughes*, No. 13-C-229 WNE.

*Brooke County Commission, et al. v. Purdue Pharma L.P.*, No. 17-C-248-255 (Circuit Court of Marshall County, West Virginia)

*County Commission of Clay County v. Purdue Pharma, L.P.*, No. 18-C-2 (Circuit Court of Clay County, West Virginia)

*County Commission of Mingo County v. Purdue Pharma, L.P.*, No. 18-C-2 (Circuit Court of Mingo County, West Virginia)

*Mayor David Adkins, on behalf of The Town of Hamlin v. Purdue Pharma, L.P.*, No. 18-C-9 (Circuit Court of Lincoln County, West Virginia)

*Mayor Farris Burton, on behalf of The Town of West Hamlin v. Purdue Pharma, L.P.*, No. 18-C-8 (Circuit Court of Lincoln County, West Virginia)

*Mayor Don E. McCourt, on behalf of The Town of Addison aka The Town of Webster Springs v. Purdue Pharma, L.P.*, No. 18-C-3 (Circuit Court of Webster County, West Virginia)

*County Commission of Webster County v. Purdue Pharma, L.P.*, No. 18-C-2 (Circuit Court of Webster County, West Virginia)

*Marshall County Coal Co. v. John Oliver*, No. 17-C-124 (Circuit Court of Marshall County, West Virginia)

*County Commission of Barbour County v. Purdue Pharma, L.P.*, No. 18-C-5 (Circuit Court of Barbour County, West Virginia)

*City of Beckley, West Virginia v. Allergan PLC f/k/a Actavis PLC f/k/a Allergan Inc.*, No. 20-C-34(H) (Circuit Court of Marshall County, West Virginia)

*Town of Belle, West Virginia v. Allergan PLC f/k/a Actavis PLC f/k/a Allergan Inc.*, No. 19-C-264 H (Circuit Court of Marshall County, West Virginia)

*Town of Ceredo, West Virginia v. Allergan PLC f/k/a Actavis PLC f/k/a Allergan Inc.*, No. 19-C-265 H (Circuit Court of Marshall County, West Virginia)

*Town of Chesapeake, West Virginia v. Allergan PLC f/k/a Actavis PLC f/k/a Allergan Inc.*, No. 19-C-266 H (Circuit Court of Marshall County, West Virginia)

**Application for Admission *Pro Hac Vice***
**Attachment A**

*City of Clarksburg West Virginia v. Allergan PLC f/k/a Actavis PLC f/k/a Allergan Inc.*, No. 19-C-259 (Circuit Court of Marshall County, West Virginia)

*Mayor Elmer Ray Spence on behalf of The Town of Delbarton v. Cardinal Health Inc.*, No. 20-C-16 through 20-C-27(H) (Circuit Court of Marshall County, West Virginia)

*City of Fairmont v. Allergan PLC f/k/a Actavis PLC f/k/a Allergan Inc.*, No. 20-C-55 (Circuit Court of Marshall County, West Virginia)

*Mayor Peggy Knotts Barney, ono behalf of the City of Grafton, and Mayor Philip Bowers on behalf of The City of Philippi v. Purdue Pharma L.P.*, Nos. 19-C-151; 19-C-152 (Circuit Court of Marshall County, West Virginia)

*County Commission of Grant County; The County Commission of Mineral County; and The County Commission of Monroe County v. Cardinal Health, Inc.*, Nos. 20-C-79, 20-C-80, 20-C-81 (Circuit Court of Marshall County, West Virginia)

*Town of Madison, West Virginia v. Allergan PLC f/k/a Actavis PLC f/k/a Allergan Inc.*, No. 20-C-31 (H) (Circuit Court of Marshall County, West Virginia)

*Monongalia County Commission v. Purdue Pharma L.P.*, Nos. 18-C-222 through 18-C-236 (Circuit Court of Marshall County, West Virginia)

*County of Pendleton, West Virginia v. Allergan PLC f/k/a Actavis PLC f/k/a Allergan Inc.*, No. 20-C-53 (Circuit Court of Marshall County, West Virginia)

*City of Richwood, West Virginia v. Allergan PLC f/k/a Actavis PLC f/k/a Allergan Inc.*, No. 19-C-261 H (Circuit Court of Marshall County, West Virginia)

*Roane County Commission v. Mylan Pharmaceuticals, Inc.*, Nos. 19-C-96 through 19-C-108 (Circuit Court of Marshall County, West Virginia)

*City of South Charleston, West Virginia v. Allergan PLC f/k/a Actavis PLC f/k/a Allergan Inc.*, No. 19-C-262 H (Circuit Court of Marshall County, West Virginia)

*Town of Star City, West Virginia v. Allergan PLC f/k/a Actavis PLC f/k/a Allergan Inc.*, No. 20-C-52 (Circuit Court of Marshall County, West Virginia)

*City of White Sulphur Springs, West Virginia v. Allergan PLC f/k/a Actavis PLC f/k/a Allergan Inc.*, No. 19-C-263 H (Circuit Court of Marshall County, West Virginia)

*In re Opioid Litigation*, No. 19-C-9000 (Circuit Court of Kanawha County, West Virginia)

**III.   West Virginia Supreme Court of Appeals**

*McNair v. Johnson & Johnson, Janssen Pharmaceuticals, and Ortho-McNeil Pharmaceuticals*, No. 17-0519 (West Virginia Supreme Court of Appeals)