# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# CLARKSBURG DIVISION

| | |
|---|---|
| REGENERON PHARMACEUTICALS, INC.,<br><br>Plaintiff,<br>v.<br><br>MYLAN PHARMACEUTICALS INC.,<br><br>Defendant. | Case No. 1:22-cv-00061-TSK<br><br>**JURY TRIAL DEMANDED** |

# [PROPOSED] SCHEDULING ORDER

On September 28, 2022, this Court held a Scheduling Conference in the above-styled matter. Pursuant to Federal Rules of Civil Procedure 16(b) and 26(f), and the Local Rules of Civil Procedure, it is hereby **ORDERED** that the below listed dates be adopted:

| | DATE |
|---|---|
| Regeneron identifies 6 patents from 3 patent families for initial proceedings. All deadlines herein apply only to those patents.<br>Regeneron stipulates that it will not seek injunctive relief on the other 18 patents asserted in its Complaint (ECF 1) with respect to the United States marketing or sales of Mylan's current aBLA Product (BLA No. 761274) | 3 days after this Order |
| Rule 26 Disclosures | October 7, 2022 |
| Submission of Protective Order or Disagreements concerning same | October 7, 2022 |
| *Markman*: exchange of proposed terms for construction | October 13, 2022 |
| *Markman*: exchange of preliminary constructions and intrinsic support | October 20, 2022 |
| *Markman*: File joint claim construction chart<br>The parties may identify no more than 12 claim terms for construction (6 per side) | October 27, 2022 |
| *Markman*: file positions regarding word limits | October 27, 2022 |

| | |
|---|---|
| *Markman*: parties file joint opening claim construction briefs | November 10, 2022 |
| *Markman*: parties file joint responsive claim construction briefs | November 23, 2022 |
| Substantial completion of document production | November 30, 2022 |
| *Markman* hearing | December 1, 2022, or at Court's Convenience |
| Deadline to amend pleadings | December 2, 2022 |
| Parties serve final infringement and invalidity contentions | December 9, 2022 |
| Close of Fact Discovery | December 21, 2022 |
| Regeneron narrows initial proceedings to 3 patents and 25 claims | 7 days after *Markman* order or 7 days after close of fact discovery, whichever is later |
| Opening Expert Reports on Issues for Which the Party Bears the Burden of Proof | January 26, 2023 |
| Responsive/Rebuttal Expert Reports | February 23, 2023 |
| Reply Expert Reports | March 23, 2023 |
| Motions for Summary Judgment (if any) | April 13, 2023 |
| Close of Expert Discovery | April 20, 2023 |
| Motions *in Limine* and *Daubert* Motions | May 4, 2023 |
| Responses to Motions *in Limine* and *Daubert* Motions | May 18, 2023 |
| Joint Stipulation of Facts | June 8, 2023 |
| Proposed Joint Pretrial Order, L.R. Civ. P. 16.04(b) | June 8, 2023 |
| Final Pretrial and Settlement Conference | June __, 2023 |
| Trial | June __, 2023 |

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED:** _____

_____
**THOMAS S. KLEEH, CHIEF JUDGE**
**NORTHERN DISTRICT OF WEST VIRGINIA**