IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG DIVISION

| | |
|---|---|
| REGENERON PHARMACEUTICALS, INC., <br><br> Plaintiff, <br> v. <br><br> MYLAN PHARMACEUTICALS INC., <br><br> Defendant. | Case No. 1:22-cv-00061-TSK <br><br> **JURY TRIAL DEMANDED** |

## SCHEDULING ORDER

On September 28, 2022, this Court held a Scheduling Conference in the above-styled matter. Pursuant to Federal Rules of Civil Procedure 16(b) and 26(f), and the Local Rules of Civil Procedure, it is hereby **ORDERED** that the below listed dates be adopted:

| | DATE |
|---|---|
| Regeneron identifies 6 patents from 3 patent families for initial proceedings. All deadlines herein apply only to those patents. <br> Regeneron stipulates that it will not seek injunctive relief on the other 18 patents asserted in its Complaint (ECF 1) with respect to the United States marketing or sales of Mylan's current aBLA Product (BLA No. 761274) | 3 days after this Order |
| Submission of Protective Order or Disagreements concerning same | November 1, 2022 |
| *Markman*: exchange of proposed terms for construction | November 3, 2022 |
| *Markman*: exchange of preliminary constructions and intrinsic support | November 10, 2022 |
| *Markman*: File joint claim construction chart <br> The parties may identify no more than 12 claim terms for construction (6 per side) | November 17, 2022 |
| *Markman*: file positions regarding word limits | November 17, 2022 |

1

| | |
|---|---|
| *Markman*: parties file joint opening claim construction briefs | November 29, 2022 |
| *Markman*: parties file joint responsive claim construction briefs | December 15, 2022 |
| Substantial completion of document production | December 7, 2022 |
| *Markman* hearing | January 6, 2023 (10:00 a.m.) |
| Deadline to amend pleadings | December 9, 2022 |
| Parties serve final infringement and invalidity contentions | January 12, 2023 |
| Close of Fact Discovery | January 18, 2023 |
| Regeneron narrows initial proceedings to 3 patents and 25 claims | 7 days after *Markman* order or 7 days after close of fact discovery, whichever is later |
| Opening Expert Reports on Issues for Which the Party Bears the Burden of Proof | February 2, 2023 |
| Responsive/Rebuttal Expert Reports | March 2, 2023 |
| Reply Expert Reports | March 30, 2023 |
| Motions for Summary Judgment (if any) | April 20, 2023 |
| Responses to Motions for Summary Judgment (if any) | May 4, 2023 |
| Replies to Responses to Motions for Summary Judgment (if any) | May 11, 2023 |
| Close of Expert Discovery | April 20, 2023 |
| Motions *in Limine* and *Daubert* Motions | May 11, 2023 |
| Responses to Motions *in Limine* and *Daubert* Motions | May 18, 2023 |
| Joint Stipulation of Facts | May 18, 2023 |
| Proposed Joint Pretrial Order, L.R. Civ. P. 16.04(b) | May 18, 2023 |
| Final Pretrial and Settlement Conference | May 30, 2023 (10:00 a.m.) |
| Trial | June 12-23, 2023 |

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED:** October 25, 2022

_____
**THOMAS S. KLEEH, CHIEF JUDGE**
**NORTHERN DISTRICT OF WEST VIRGINIA**