IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG DIVISION

| | |
|---|---|
| REGENERON PHARMACEUTICALS, INC.,<br><br>Plaintiff,<br>v.<br><br>MYLAN PHARMACEUTICALS INC.,<br><br>Defendant. | Case No. 1:22-cv-00061-TSK<br><br>**JURY TRIAL DEMANDED** |

**REGENERON'S STIPULATION REGARDING
CASE NARROWING AND INJUNCTIVE RELIEF**

Pursuant to the Court's Scheduling Order (ECF 87), Regeneron hereby elects six patents from three patent families to proceed in the first stage of litigation, to which the deadlines in the Scheduling Order (ECF 87) apply. The six patents are:

1. 10,888,601
2. 11,053,280
3. 11,084,865
4. 11,104,715
5. 11,253,572
6. 11,299,532

Furthermore, pursuant to the Court's Scheduling Order, Regeneron hereby stipulates that it will not, with respect to the eighteen patents asserted in its Complaint (ECF 1) but not listed above, seek injunctive relief with respect to the United States marketing or sales of Mylan Pharmaceuticals Inc.'s current aBLA product (BLA No. 761274).

| | |
|---|---|
| Date: October 28, 2022 | CAREY DOUGLAS KESSLER & RUBY PLLC |
| | |
| | /s/ Steven R. Ruby |
| *Of Counsel*: | Steven R. Ruby (WVSB No. 10752) |
| | David R. Pogue (WVSB No. 10806) |
| David I. Berl (admitted *PHV*) | 707 Virginia Street East |
| Ellen E. Oberwetter (admitted *PHV*) | 901 Chase Tower (25301) |
| Thomas S. Fletcher (admitted *PHV*) | P.O. Box 913 |
| Andrew V. Trask (admitted *PHV*) | Charleston, West Virginia 25323 |
| Teagan J. Gregory (admitted *PHV*) | (304) 345-1234 |
| Shaun P. Mahaffy (admitted *PHV*) | sruby@cdkrlaw.com |
| Arthur J. Argall III (admitted *PHV*) | drpogue@cdkrlaw.com |
| Adam Pan (admitted *PHV*) | |
| Nicholas Jordan (admitted *PHV*) | |
| WILLIAMS & CONNOLLY LLP | |
| 680 Maine Avenue, SW | |
| Washington, DC 20024 | |
| (202) 434-5000 | |
| dberl@wc.com | |
| eoberwetter@wc.com | |
| tfletcher@wc.com | |
| atrask@wc.com | |
| tgregory@wc.com | |
| smahaffy@wc.com | |
| aargall@wc.com | |
| apan@wc.com | |
| njordan@wc.com | |

*Counsel for Plaintiff Regeneron Pharmaceuticals, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on October 28, 2022, I electronically filed the foregoing with the Clerk of the Court by using the Court's CM/ECF system.  Counsel of record for all parties will be served by the Court's CM/ECF system.

                                         */s/ Steven R. Ruby*
                                         Steven R. Ruby