```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**REGENERON PHARMACEUTICALS, INC.,**

    **Plaintiff/Counter-Defendant,**

  **v.**                                      **CIVIL NO. 1:22-CV-61**
                                                             **(KLEEH)**

**MYLAN PHARMACEUTICALS INC.,**

    **Defendant/Counter-Claimant.**

## ORDER

For reasons appearing to the Court, the *Markman* hearing previously scheduled for January 6, 2023, is **CONTINUED** until **January 24, 2023**, at **11:00 a.m.**, at the **Clarksburg**, West Virginia, point of holding court.

It is so **ORDERED**.

The Clerk is **DIRECTED** to transmit copies of this Order to counsel of record.

DATED: January 3, 2023

*/s/ Tom S Kleeh*
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA