IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG DIVISION

| | |
|---|---|
| REGENERON PHARMACEUTICALS, INC., <br><br> Plaintiff, <br> v. <br><br> MYLAN PHARMACEUTICALS INC., <br><br> Defendant. | Case No. 1:22-cv-00061-TSK |

### CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on the 12th day of January 2023, service of Regeneron's "Second Amended Notice of Deposition of Hana Chang" was made by email, with consent, to the following counsel of record:

Gordon H. Copland
William J. O'Brien
400 White Oaks Boulevard
Bridgeport, WV 26330
(304) 933-8162
gordon.copland@steptoe-johnson.com
william.obrien@steptoe-johnson.com

William A. Rakoczy
Deanne M. Mazzochi
Heinz J. Salmen
Eric R. Hunt
Jeff A. Marx
Neil B. McLaughlin
Lauren M. Lesko
Lawrence Scott Beall
Thomas H. Ehrich
Steven J. Birkos
Katie A. Boda
Abraham J. Varon
Jake R. Ritthamel
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 W. Hubbard St., Suite 500
Chicago, IL 60654

1

(312) 527-2157
wrakoczy@rmmslegal.com
dmazzochi@rmmslegal.com
hsalmen@rmmslegal.com
ehunt@rmmslegal.com
jmarx@rmmslegal.com
nmclaughlin@rmmslegal.com
llesko@rmmslegal.com
sbeall@rmmslegal.com
tehrich@rmmslegal.com
sbirkos@rmmslegal.com
kboda@rmmslegal.com
avaron@rmmslegal.com
jritthamel@rmmslegal.com

*Counsel for Defendant Mylan Pharmaceuticals Inc.*

*/s/ David R. Pogue*
David R. Pogue (WVSB No. 10806)