IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG DIVISION

REGENERON PHARMACEUTICALS, INC.,

        Plaintiff,

  v.

MYLAN PHARMACEUTICALS INC.,

        Defendant.

Case No. 1:22-cv-00061-TSK

**JURY TRIAL DEMANDED**

## ORDER

For good cause shown, the Court **GRANTS** Plaintiff Regeneron Pharmaceuticals, Inc.'s ("Regeneron") Motion for Extension of Time to File Reply in Support of Plaintiff's Motion for Judgment on the Pleadings and **ORDERS** that Regeneron's Reply in Support of Plaintiff's Motion for Judgment on the Pleadings shall be filed on or before January 27, 2023.

It is so **ORDERED**.

The Court **DIRECTS** the Clerk to transmit copies of this Order to all counsel of record.

Dated:    January 17   , 2023

THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA