# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
### AT CLARKSBURG

| | |
|---|---|
| REGENERON PHARMACEUTICALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MYLAN PHARMACEUTICALS INC.,<br><br>Defendant. | Civil Action No. 1:22-cv-00061-TSK |

## CERTIFICATE OF SERVICE

I certify that on the 3rd day of February 2023, Defendant Mylan Pharmaceuticals Inc. produced and served documents bearing Bates numbers MYL-AFL0092010 through MYL-AFL0093509 (MYL-AFL 013) by delivery via electronic mail of a link, allowing FTP download thereof, addressed to the following counsel of record:

David R. Pogue
drpogue@cdkrlaw.com
Steven R. Ruby
sruby@cdkrlaw.com
**CAREY, DOUGLAS, KESSLER & RUBY, PLLC**
707 Virginia Street, East
Suite 901
Charleston, WV 25301

Adam Pan
apan@wc.com
Andrew V. Trask
atrask@wc.com
David I. Berl
dberl@wc.com
Arthur J. Argall, III
aargall@wc.com
Ellen E. Oberwetter
eoberwetter@wc.com
Kathryn S. Kayali
kkayali@wc.com
Nicholas Jordan
njordan@wc.com
Sean M. Douglass
sdouglass@wc.com
Shaun P. Mahaffy
smahaffy@wc.com
Teagan J. Gregory
tgregory@wc.com
Thomas S. Fletcher

        tfletcher@wc.com
        Haylee B. Anderson
        handerson@wc.com
        Renee M. Griffin
        rgriffin@wc.com
        Rose Williams
        rosewilliams@wc.com
        Tori Kenner
        tkenner@wc.com
        **WILLIAMS & CONNOLLY LLP**
        680 Maine Avenue, SW
        Washington, DC 20024

15988464

        *Attorneys for Plaintiff*

Dated: February 3, 2023.

        */s/ **William J. O'Brien***
        Gordon H. Copland (WV Bar No. 0828)
        gordon.copland@steptoe-johnson.com
        William J. O'Brien (WV Bar No. 10549)
        william.obrien@steptoe-johnson.com
        **STEPTOE & JOHNSON PLLC**
        400 White Oaks Boulevard
        Bridgeport, WV 26330
        Phone: (304) 933-8000

        *Attorneys for Defendant*