# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
### AT CLARKSBURG

| | |
|---|---|
| REGENERON PHARMACEUTICALS, INC., <br><br> Plaintiff, <br> v. <br><br> MYLAN PHARMACEUTICALS INC., <br><br> Defendant. | Civil Action No. 1:22-cv-00061-TSK |

## **DEFENDANT'S MOTION FOR HEARING TO BE CONDUCTED VIRTUALLY**

Defendant Mylan Pharmaceuticals Inc. ("Mylan") moves the Court to conduct the hearing on its Motion to Compel set for April 4, 2023 at 10:00 a.m. virtually. Mylan does not anticipate any new evidence or any witnesses being presented at the hearing. Counsel for Mylan is out of state and will have to fly in for the hearing the day prior in order to appear in person. In addition, the schedule in this matter is compressed and seven (7) expert depositions are occurring in the next two weeks, including one on April 4, 2023. Conducting the hearing virtually is equitable and avoids conflicts between hearing and deposition scheduling. Mylan believes that the issues before the Court can be fully presented virtually, as the legal issues are relatively narrow, and the number of documents subject to the motion is low. The parties have submitted all relevant documents with their respective briefs and motion papers. Accordingly, the time and expense of travel outweigh any potential benefit of appearing in person, given the travel time and distance involved. Moreover, after conferring with opposing counsel in advance of presenting this request, Regeneron authorized counsel to represent to the Court that, if Mylan made such a request, that Regeneron takes no position.

Accordingly, for the reasons set forth above, Mylan respectfully requests that the Court grant its unopposed motion and conduct the hearing virtually on April 4, 2023.

Respectfully submitted this 30th day of March 2023.

        STEPTOE & JOHNSON PLLC

        Counsel for Defendant Mylan Pharmaceuticals Inc.

By: */s/ William J. O'Brien*
    Gordon H. Copland (WVSB #828)
    William J. O'Brien (WVSB #10549)
    400 White Oaks Boulevard
    Bridgeport, WV 26330
    (304) 933-8162
    gordon.copland@steptoe-johnson.com
    william.obrien@steptoe-johnson.com

    Of Counsel (admitted *pro hac vice*):
    William A. Rakoczy
    Deanne M. Mazzochi
    Heinz J. Salmen
    Eric R. Hunt
    Jeff A. Marx
    Neil B. McLaughlin
    Lauren M. Lesko
    L. Scott Beall
    Thomas H. Ehrich
    Steven J. Birkos
    Katie A. Boda
    Abraham J. Varon
    Jake R. Ritthamel
    **RAKOCZY MOLINO MAZZOCHI SIWIK LLP**
    6 West Hubbard Street, Suite 500
    Chicago, Illinois 60654
    Telephone: (312) 222-6301
    wrakoczy@rmmslegal.com
    dmazzochi@rmmslegal.com
    hsalmen@rmmslegal.com
    ehunt@rmmslegal.com
    jmarx@rmmslegal.com
    nmclaughlin@rmmslegal.com
    llesko@rmmslegal.com
    sbeall@rmmslegal.com
    tehrich@rmmslegal.com
    sbirkos@rmmslegal.com
    kboda@rmmslegal.com
    avaron@rmmslegal.com
    jritthamel@rmmslegal.com

**CERTIFICATE OF SERVICE**

I certify that on the 30th day of March 2023, I filed the foregoing "Defendant's Motion for Hearing to Be Conducted Virtually" using the Court's CM/ECF system, which will send notice of the same to all counsel of record.

    /s/  William J. O'Brien
Gordon H. Copland (WVSB #828)
William J. O'Brien (WVSB #10549)
400 White Oaks Boulevard
Bridgeport, WV 26330
(304) 933-8162
gordon.copland@steptoe-johnson.com
william.obrien@steptoe-johnson.com

*Attorneys for Defendant*