# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
### AT CLARKSBURG

| | |
|---|---|
| REGENERON PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MYLAN PHARMACEUTICALS INC., <br><br> Defendant. | Case No. 1:22-cv-00061-TSK |

**DECLARATION OF STEVEN J. BIRKOS IN SUPPORT OF MYLAN PHARMACEUTICALS INC.'S MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT ON U.S. PATENT NOS. 11,104,715 (PROCESS PATENT); 11,084,865 (FORMULATION PATENT); and 10,888,601 & 11,253,572 (DOSING PATENTS)**

I, Steven J. Birkos, hereby declare as follows:

1. I am an associate in the law firm of RAKOCZY MOLINO MAZZOCHI SIWIK LLP, counsel for Mylan Pharmaceutical Inc. ("Mylan").

2. I am a member in good standing of the Bar of the State of North Carolina (2012).

3. I submit this Declaration in support of Mylan's Motion for Summary Judgment or Partial Summary Judgment on U.S. Patent Nos. 11,104,715 (Process Patent); 11,084,865 (Formulation Patent); and 10,888,601 & 11,253,572 (Dosing Patents), and evidence supporting same, filed contemporaneously herewith.

4. I have personal knowledge of the facts stated in this Declaration and am competent to testify to the same.

5.     I submit this Declaration to authenticate and provide to the Court certain documents cited to and referenced in Mylan's Statement of Uncontroverted Facts and Mylan's Memorandum in Support of Its Motion for Summary Judgment or Partial Summary Judgment on U.S. Patent Nos. 11,104,715 (Process Patent); 11,084,865 (Formulation Patent); and 10,888,601 & 11,253,572 (Dosing Patents), submitted concurrently herewith.

6.     Attached hereto as Exhibit 1 is a true and correct copy of the February 2, 2023 Opening Expert Report and Declaration of Dr. Franklin Swartzwelder Regarding Mylan's Infringement of U.S. Patent No. 11,104,715.

7.     Attached hereto as Exhibit 2 is a true and correct copy of the April 12, 2023 Deposition Transcript of Franklin Swartzwelder.

8.     Attached hereto as Exhibit 3 is a true and correct copy of the February 2, 2023 Opening Expert Report of Karl G. Csaky, M.D., Ph.D. Regarding Infringement of U.S. Patent Nos. 11,253,572 and 10,888,601, with Appendices C and D.

9.     Attached hereto as Exhibit 4 is a true and correct copy of the March 2, 2023 Responsive Expert Report of Karl G. Csaky, M.D., Ph.D.

10.    Attached hereto as Exhibit 5 is a true and correct copy of the April 14, 2023 Deposition Transcript of Karl Csaky, M.D., Ph.D.

11.    Attached hereto as Exhibit 6 is a true and correct copy of *Apotex Inc. v. Regeneron Pharms., Inc.*, IPR2022-01524, Paper 9 (P.T.A.B. Mar. 10, 2023).

12.    Attached hereto as Exhibit 7 is a true and correct copy of *Mylan Pharms. Inc. v. Regeneron Pharms., Inc.*, IPR2021-00881, Paper 94 (P.T.A.B. Nov. 9, 2022).

13.    Attached hereto as Exhibit 8 is a true and correct copy of *Mylan Pharms. Inc. v. Regeneron Pharms., Inc.*, IPR2021-01226, Paper 22 (P.T.A.B. Jan. 11, 2023).

14. Attached hereto as Exhibit 9 is a true and correct copy of *Mylan Pharms., Inc. v. Regeneron Pharms., Inc.*, IPR2022-01226, Paper 45 (P.T.A.B Apr. 5, 2023).

15. Attached hereto as Exhibit 10 is a true and correct copy of the December 16, 2023 Deposition Transcript of Karen Chu.

16. Attached hereto as Exhibit 11 is a true and correct copy of U.S. Patent No. 11,104,715 (RGN-EYLEA-MYLAN-00036163-360).

17. Attached hereto as Exhibit 12 is a true and correct copy of the January 12, 2023 Final Infringement Contentions of Plaintiff Regeneron Pharmaceuticals, Inc. for U.S. Patent No. 11,104,715.

18. Attached hereto as Exhibit 13 is a true and correct copy of U.S. Patent No. 11,084,865 (RGN-EYLEA-MYLAN-00028406-19).

19. Attached hereto as Exhibit 14 is a true and correct copy of the February 2, 2023 Opening Expert Report of Bernhardt L. Trout, Ph.D., with Appendices A and B.

20. Attached hereto as Exhibit 15 is a true and correct copy of the March 30, 2023 Reply Expert Report of Bernhardt L. Trout, Ph.D., Appendices A and B.

21. Attached hereto as Exhibit 16 is a true and correct copy of the March 30, 2023 Supplemental Responsive Expert Report of Gregory MacMichael, Ph.D. Regarding the Non-Infringement of Claim 18 of U.S. Patent No. 11,084,865.

22. Attached hereto as Exhibit 17 is a true and correct copy of U.S. Patent No. 10,888,601 (RGN-EYLEA-MYLAN-00017798-820).

23. Attached hereto as Exhibit 18 is a true and correct copy of U.S. Patent No. 11,253,572 (RGN-EYLEA-MYLAN-00036361-87).

24. Attached hereto as Exhibit 19 is a true and correct copy of the March 30, 2023

Reply Expert Report of Dr. Karl Csaky.

25. Attached hereto as Exhibit 20 is a true and correct copy of the January 21, 2023 Final Infringement Contentions of Plaintiff Regeneron Pharmaceuticals, Inc. for U.S. Patent No. 11,253,572.

26. Attached hereto as Exhibit 21 is a true and correct copy of the January 21, 2023 Final Infringement Contentions of Plaintiff Regeneron Pharmaceuticals, Inc. for U.S. Patent No. 10,888,601.

27. Attached hereto as Exhibit 22 is a true and correct copy of March 2, 2023 Report of Richard Manning, Ph.D., with Attachments B-E, X-Y.

28. Attached hereto as Exhibit 23 is a true and correct copy of the August 2022 version of the proposed YESAFILI™ label (MYL-AFL-BLA1079688-714).

29. Attached hereto as Exhibit 24 is a true and correct copy of the January 18, 2023 Deposition Transcript of George D. Yancopoulos.

30. Attached hereto as Exhibit 25 is a true and correct copy of the February 2, 2023 Opening Expert Report of Dr. Thomas A. Albini.

31. Attached hereto as Exhibit 26 is a true and correct copy of James A. Dixon et al., *VEGF Trap-Eye for the Treatment of Neovascular Age-Related Macular Degeneration*, 18 EXPERT OP. INVESTIGATIONAL DRUGS 1573-80 (2009) (MYL-AFL0005010-18).

32. Attached hereto as Exhibit 27 is a true and correct copy of Regeneron Pharmaceuticals, Inc.'s Objections and Responses to Defendant's First Set of Interrogatories (Nos. 1–17), dated January 12, 2023.

      I, Steven J. Birkos, hereby declare, under penalty of perjury under 28 U.S.C. § 1746 and the laws of the United States of America, that the foregoing Declaration is true and correct.

Dated:  April 20, 2023

                                                                                             /s/ *Steven J. Birkos*  
                                                                                 Steven J. Birkos