IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**REGENERON PHARMACEUTICALS, INC.,**

      **Plaintiff/Counter-Defendant,**

  v.                                                **CIVIL NO. 1:22-CV-61**
                                                               **(KLEEH)**

**MYLAN PHARMACEUTICALS INC.,**

      **Defendant/Counter-Claimant.**

## ORDER

Regeneron has asked the Court to deny its motion for presumption under 35 U.S.C. § 295 as moot. <u>See</u> ECF No. 438. As such, the motion is hereby **DENIED AS MOOT** [ECF No. 299].

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record.

**DATED**: May 12, 2023

                                          */s/ Thomas S. Kleeh*
                                        THOMAS S. KLEEH, CHIEF JUDGE
                                        NORTHERN DISTRICT OF WEST VIRGINIA