```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**REGENERON PHARMACEUTICALS, INC.,**

    **Plaintiff/Counter-Defendant,**

  **v.**　　　　　　　　　　　　　　　　　　　　**CIVIL NO. 1:22-CV-61**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**(KLEEH)**

**MYLAN PHARMACEUTICALS INC.,**

    **Defendant/Counter-Claimant.**

## ORDER SETTING BRIEFING SCHEDULE

For the reasons discussed on the record during the pretrial conference, the Court hereby **ORDERS** that the following schedule shall govern the case after trial:

- **July 7, 2023**: Opening Briefs (Limit: 30 pages)

- **July 21, 2023**: Response Briefs (Limit: 30 pages); Proposed Findings of Fact and Conclusions of Law (No Page Limit)

- **July 28, 2023**: Reply Briefs (Limit: 10 pages)

- **August 3, 2023, at 10:00 a.m., by Zoom**: Closing Arguments

The parties shall use the Zoom information provided below to participate in closing arguments:

**By Video**
https://www.zoomgov.com/j/1615393258?pwd=RytYTGFhejlLTy9VRHFNVThnZ3o1QT09
Meeting ID: 161 539 3258
Passcode: 476312

ORDER SETTING BRIEFING SCHEDULE

**By Telephone**

+1 646 828 7666 US (New York)

+1 551 285 1373 US

Meeting ID: 161 539 3258

Passcode: 476312

**By VTC (H.323)**

161.199.138.10 (US West)

161.199.136.10 (US East)

Meeting ID: 161 539 3258

Passcode: 476312

**By SIP**

1615393258@sip.zoomgov.com

It is so **ORDERED**.

The Clerk is **DIRECTED** to transmit copies of this Order to counsel of record.

DATED: May 30, 2023

_____
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA