IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA


REGENERON PHARMACEUTICALS, INC.,

      Plaintiff/Counter-Defendant,

   v.                                  CIVIL NO. 1:22-CV-61
                                            (KLEEH)

MYLAN PHARMACEUTICALS INC.,

      Defendant/Counter-Claimant.


## ORDER

Because all pending motions in limine have been denied without prejudice, Regeneron's motion to seal portions of its "Response to Mylan's Untimely Motion to Strike Dr. Csaky's Testimony" is **DENIED AS MOOT** [ECF No. 510].

It is so **ORDERED**.

The Clerk is **DIRECTED** to transmit copies of this Order to counsel of record.

DATED: May 30, 2023

_____
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA