# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**REGENERON PHARMACEUTICALS, INC.,**

    **Plaintiff/Counter-Defendant,**

  **v.**                                        **CIVIL NO. 1:22-CV-61**
                                                             **(KLEEH)**

**MYLAN PHARMACEUTICALS INC.,**

    **Defendant/Counter-Claimant.**

## ORDER

For good cause, the motion to intervene filed by Amgen USA, Inc. ("Amgen") is **GRANTED** [ECF No. 485]. The parties and Amgen are **ORDERED** to meet and confer after the bench trial takes place, but on or before **August 18, 2023,** to determine which documents on the docket can be unsealed and/or redacted. The parties and Amgen shall submit a filing with the Court on or before **August 25, 2023,** indicating which documents can be unsealed and/or redacted.

It is so **ORDERED**.

The Clerk is **DIRECTED** to transmit copies of this Order to counsel of record, including counsel for Amgen.

DATED: May 31, 2023

*/s/ Tom S. Kleeh*
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA