IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG

REGENERON PHARMACEUTICALS, INC.,

    Plaintiff,

v.

MYLAN PHARMACEUTICALS INC.,

    Defendant.

Civil Action No. 1:22-cv-00061-TSK

**ORDER GRANTING JOINT MOTION TO PERMIT
ENTRY TO THE COURTHOUSE WITH ELECTRONIC EQUIPMENT**

On this day came Plaintiff Regeneron Pharmaceuticals, Inc. ("Regeneron") and Defendant Mylan Pharmaceuticals Inc. ("Mylan") in the above-captioned action, and moved this Court for an order permitting the parties, including counsel and their respective clients, and their third-party vendor(s) to enter the courtroom located at 500 W. Pike St., Clarksburg, WV 26301 with certain electronic equipment. For good cause shown, the Court **GRANTS** the joint motion and **ORDERS** that the parties, including counsel and their respective clients, and their third-party vendor(s) may enter the courtroom with the following types of electronic equipment for trial:

- Laptop computers with associated cables;
- Computer monitors;
- Desktop speakers;
- Projector and screen;
- iPad(s) or tablets;
- Electronic storage devices;
- HDMI switches or other connectivity devices;
- External hard drive(s);
- Tech tables with skirts;
- Laser pointers;
- Presentation clickers;
- Cellular phones of counsel, their respective clients, paralegals, and third party vendor(s);

- Assorted HDMI and power cables;
- Power supplies, including chargers for electronic devices;
- Gaffers tape;
- Portable wireless internet hotspots ("mifi"); and
- Portable printer and associated toner, cables and paper (to be stored in the parties' breakout rooms).

SO ORDERED this __5th__ day of _____June_____, 2023.

_____
UNITED STATES DISTRICT JUDGE