## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**REGENERON PHARMACEUTICALS, INC.,**

    **Plaintiff/Counter-Defendant,**

  v.                                       **CIVIL NO. 1:22-CV-61**
                                                        **(KLEEH)**

**MYLAN PHARMACEUTICALS INC.,**
**BIOCON BIOLOGICS, INC.,**

    **Defendants/Counter-Claimants.**

### ORDER GRANTING MOTION FOR LEAVE TO FILE UNDER SEAL

On June 14, 2023, during the Bench Trial in this matter, Regeneron called, by designated excerpts of video depositions, Parag Goyal and Hana Chang. The Court granted the parties' motion to seal the courtroom during this testimony. Regeneron now seeks to incorporate the designated excerpts of the witnesses' depositions into record and requests permission to do under seal. For the reasons articulated on the record, the Court **GRANTS** Regeneron's motion [ECF No. 539] and **DIRECTS** the clerk to file the designated testimony of Goyal and Chang under seal.

It is so **ORDERED.**

The Clerk **SHALL** transmit copies of this Order to counsel of record by electronic means.

DATED: June 16, 2023

*/s/ Tom S Kleeh*
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA