**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**CLARKSBURG DIVISION**

| | |
|---|---|
| REGENERON PHARMACEUTICALS, INC., <br><br> Plaintiff, <br> v. <br><br> MYLAN PHARMACEUTICALS INC., and BIOCON BIOLOGICS INC., <br><br> Defendant. | Case No. 1:22-cv-00061-TSK <br><br> **JURY TRIAL DEMANDED** |

**JOINT STIPULATION REGARDING COMMERCIAL SUCCESS**

Whereas, Plaintiff Regeneron Pharmaceuticals, Inc. ("Regeneron") agrees that it will not assert at the June 2023 trial in this action the commercial or financial success of EYLEA as an objective indicium of non-obviousness, or in support of any other claim or defense in this June 2023 trial in this action pertaining to invention(s) claimed in any of Claims 11 or 19 of U.S. Patent No. 10,888,601; Claims 4, 7, 9, 11, or 14-17 of U.S. Patent No. 11,084,865; or Claims 6 or 25 of U.S. Patent No. 11,253,572, or claims that they depend upon;

Regeneron and Defendants Mylan Pharmaceuticals Inc. and Biocon Biologics Inc. (collectively, the "Parties") hereby stipulate and agree as follows:

1.  No Party will call Dr. Richard Manning as a witness, whether in-person or by deposition designation, at the June 2023 trial in this action concerning the above-identified claims; and

2.      No Party will call Mr. Ivan T. Hofmann as a witness, whether in-person or by deposition designation, at the June 2023 trial in this action concerning the above-identified claims.

| | |
|---|---|
| Date: June 22, 2023 | Respectfully submitted, |
| *Of Counsel*: | CAREY DOUGLAS KESSLER & RUBY, PLLC |
| David I. Berl (admitted *PHV*) | */s/ David R. Pogue* |
| Ellen E. Oberwetter (admitted *PHV*) | Steven R. Ruby (WVSB No. 10752) |
| Thomas S. Fletcher (admitted *PHV*) | David R. Pogue (WVSB No. 10806) |
| Andrew V. Trask (admitted *PHV*) | 707 Virginia Street East |
| Teagan J. Gregory (admitted *PHV*) | 901 Chase Tower (25301) |
| Shaun P. Mahaffy (admitted *PHV*) | P.O. Box 913 |
| Sean M. Douglass (admitted *PHV*) | Charleston, West Virginia 25323 |
| Kathryn S. Kayali (admitted *PHV*) | (304) 345-1234 |
| Arthur J. Argall III (admitted *PHV*) | sruby@cdkrlaw.com |
| Adam Pan (admitted *PHV*) | drpogue@cdkrlaw.com |
| Nicholas Jordan (admitted *PHV*) | |
| Haylee Bernal Anderson (admitted *PHV*) | |
| Renee Griffin (admitted *PHV*) | |
| Rebecca Carter (admitted *PHV*) | |
| WILLIAMS & CONNOLLY LLP | |
| 680 Maine Avenue, SW | |
| Washington, DC 20024 | |
| (202) 434-5000 | |
| dberl@wc.com | |
| eoberwetter@wc.com | |
| tfletcher@wc.com | |
| atrask@wc.com | |
| tgregory@wc.com | |
| smahaffy@wc.com | |
| sdouglass@wc.com | |
| kkayali@wc.com | |
| aargall@wc.com | |
| apan@wc.com | |
| njordan@wc.com | |
| handerson@wc.com | |
| rgriffin@wc.com | |
| rebeccacarter@wc.com | |

Andrew E. Goldsmith (admitted *PHV*)
Evan T. Leo (admitted *PHV*)
Jacob E. Hartman (admitted *PHV*)
Grace W. Knofczynski (admitted *PHV*)
Mary Charlotte Y. Carroll (admitted *PHV*)
Sven E. Henningson (admitted *PHV*)
KELLOGG, HANSEN, TODD, FIGEL &
    FREDERICK, P.L.L.C.
1615 M Street, NW, Suite 400
Washington, DC 20036
TEL: (202) 326-7900
agoldsmith@kellogghansen.com
eleo@kellogghansen.com
jhartman@kellogghansen.com
gknofczynski@kellogghansen.com
mcarroll@kellogghansen.com
shenningson@kellogghansen.com

*Counsel for Plaintiff Regeneron Pharmaceuticals, Inc.*

Dated: June 22, 2023

*Of Counsel (admitted pro hac vice):*
William A. Rakoczy
Deanne M. Mazzochi
Heinz J. Salmen
Eric R. Hunt
Jeff A. Marx
Neil B. McLaughlin
Lauren M. Lesko
L. Scott Beall
Thomas H. Ehrich
Steven J. Birkos
Katie A. Boda
Abraham J. Varon
Jake R. Ritthamel
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 W. Hubbard St., Suite 500
Chicago, IL 60654
(312) 527-2157
wrakoczy@rmmslegal.com
dmazzochi@rmmslegal.com
hsalmen@rmmslegal.com
ehunt@rmmslegal.com
jmarx@rmmslegal.com
nmclaughlin@rmmslegal.com
llesko@rmmslegal.com
sbeall@rmmslegal.com
tehrich@rmmslegal.com
sbirkos@rmmslegal.com
kboda@rmmslegal.com
avaron@rmmslegal.com
jritthamel@rmmslegal.com

STEPTOE & JOHNSON PLLC

*/s/ William J. O'Brien*
Gordon H. Copland (WVSB #828)
William J. O'Brien (WVSB #10549)
400 White Oaks Boulevard
Bridgeport, WV 26330
(304) 933-8162
gordon.copland@steptoe-johnson.com
william.obrien@steptoe-johnson.com

*Counsel for Defendant*
*Mylan Pharmaceuticals Inc.*

4

Having reviewed the parties' stipulation, the provisions thereof are APPROVED and it is SO ORDERED.

DATED:  June 22, 2023

*Tom S Kleeh*
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA