**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**


**REGENERON PHARMACEUTICALS, INC.,**

      **Plaintiff/Counter-Defendant,**

  **v.**                                  **CIVIL NO. 1:22-CV-61**
                                                **(KLEEH)**

**MYLAN PHARMACEUTICALS INC.,**

      **Defendant/Counter-Claimant.**


## ORDER CHANGING LOCATION OF CLOSING ARGUMENTS

By prior Order the Court scheduled closing arguments in this case for August 3, 2023, at 10:00 a.m., by Zoom [ECF No. 514]. At the parties' request, the Court **RESCHEDULES** closing arguments to occur in person at the **West Virginia University College of Law, in the Lugar Courtroom.** The time and date of the arguments remain unchanged.

It is so **ORDERED.**

The Clerk is **DIRECTED** to transmit copies of this Order to counsel of record.

DATED: July 12, 2023

_Tom S Kleeh_
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA