IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG

REGENERON PHARMACEUTICALS, INC.,

    Plaintiff,
v.

MYLAN PHARMACEUTICALS INC.,
and BIOCON BIOLOGICS, INC.,

    Defendants.

Civil Action No. 1:22-cv-00061-TSK

### ORDER

For good cause shown, the Court **GRANTS** the Parties' joint motion to modify the date for submission of responsive briefs, as well as Proposed Findings of Fact and Conclusions of Law, and **ORDERS** that the foregoing shall be due on or before July 24, 2023. No other dates in the Court's prior order of May 30, 2023 (ECF No. 514) are changed.

It is so **ORDERED**.

The Court **DIRECTS** the Clerk to transmit copies of this Order to all counsel of record.

Dated: July 18, 2023

_____
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA