# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# CLARKSBURG DIVISION

| | |
|---|---|
| REGENERON PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MYLAN PHARMACEUTICALS INC., and BIOCON BIOLOGICS INC., <br><br> Defendants. | Case No. 1:22-cv-00061-TSK |

## NON-PARTY CELLTRION, INC.'S MOTION TO INTERVENE FOR THE LIMITED PURPOSE OF ASSERTING THE PUBLIC INTEREST IN ACCESS TO JUDICIAL RECORDS

Pursuant to Rule 24 of the Federal Rules of Civil Procedure, non-party Celltrion, Inc. ("Movant"), by and through its undersigned counsel, hereby moves to intervene in the above-styled matter for the limited purpose of invoking the First Amendment and common law rights of public access to judicial records in order to unseal documents that were previously sealed, as more fully set forth in the contemporaneously filed "Memorandum in Support of Non-Party Celltrion, Inc.'s Motion to Intervene for the Limited Purpose of Asserting the Public Interest in Access to Judicial Records." For the reasons set forth in the Memorandum, the Movant respectfully requests that the Court grant the Motion and permit Movant to intervene in this action and unseal the documents (or portions thereof) described in the Memorandum.

**DATED:** August 10, 2023         **CELLTRION, INC.**

             By:   */s/Laura C. Davis*
                Laura C. Davis, WV Bar #7801
                Manchin Ferretti, PLLC
                408 West King St.
                Martinsburg, WV 25401
                (304) 264-8505
                ldavis@wvjusticelawyers.com
                *Counsel for Celltrion, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
## CLARKSBURG DIVISION

| | |
|---|---|
| REGENERON PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MYLAN PHARMACEUTICALS INC., and BIOCON BIOLOGICS INC., <br><br> Defendants. | Case No. 1:22-cv-00061-TSK |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of August, 2023, a copy of the foregoing pleading was filed with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties registered to receive electronic notice.

/s/ *Laura C. Davis*
Laura C. Davis, Esq.