## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
### At Clarksburg

REGENERON PHARMACEUTICALS, INC.,

    Plaintiff,
v.

MYLAN PHARMACEUTICALS INC., and
BIOCON BIOLOGICS INC.,

    Defendants.

Civil Action No. 1:22-cv-00061-TSK

**JOINT STATUS REPORT REGARDING UNSEALING AND REDACTION OF FILINGS IN RESPONSE TO CELLTRION, INC.'S MOTION TO INTERVENE**

Pursuant to the parties' August 24, 2023 responses to Celltrion, Inc.'s ("Celltrion") motion to intervene, (Dkt. 605-607), Plaintiff Regeneron Pharmaceuticals, Inc. ("Regeneron") and Defendants Mylan Pharmaceuticals Inc. and Biocon Biologics Inc. ("Defendants") submit this status report regarding the scope of filings to be redacted and/or remain under seal.

On August 22, 2023, Defendants conferred with Celltrion and inquired to what extent Celltrion's motion differed from that of Amgen USA, Inc. ("Amgen"). (Dkt. 485). As described below, the parties have proposed a list of documents to be redacted and unsealed, and Amgen expects further docket entries may need to be added to the parties' lists. Celltrion intends to review the parties' current list as soon as possible and will work with Amgen and the parties to promptly identify any additional documents to be redacted or unsealed.

On August 25, 2023, the parties submitted a notice to the Court identifying whether certain documents could be unsealed and/or subject to redaction. (Dkt. 608, 1-3). Amgen responded to the parties' notice on August 29, 2023. (Dkt. 609, 1-2). The parties have since collaborated to

prepare redacted filings, with certain redactions having been filed publicly on September 1 and September 8, 2023, and are working diligently to finalize the same. (*See, e.g.*, Dkt. 610-635). In order to complete the parties' efforts to address Amgen's request, however, Amgen has requested that the parties be afforded an opportunity to review the full docket sheet from the Court to ensure the appropriate remaining documents are unsealed. (*See* Dkt. 609, 3-4).

Celltrion has advised that it is agreeable to proceeding as outlined above. The parties can provide a supplemental report after conferring further with Celltrion if the Court deems it necessary. The parties will continue to diligently address Amgen's request and will notify Celltrion upon completion so it may begin its independent review and supplementation.

Dated:  September 12, 2023

| | |
|---|---|
| STEPTOE & JOHNSON PLLC | CAREY, DOUGLAS, KESSLER & RUBY, PLLC |
| */s/ Gordon H. Copland* | */s/ David R. Pogue* |
| Gordon H. Copland (WVSB #828) | Steven R. Ruby (WVSB #10752) |
| William J. O'Brien (WVSB #10549) | David R. Pogue (WVSB # 10806) |
| 400 White Oaks Boulevard | 901 Chase Tower, |
| Bridgeport, WV 26330 | 707 Virginia Street, East |
| (304) 933-8162 | Charleston, WV 25323 |
| (304) 933-8181 | Telephone: (304) 345-1234 |
| gordon.copland@steptoe-johnson.com | Facsimile: (304) 342-1105 |
| william.obrien@steptoe-johnson.com | mwcarey@csdlawfirm.com |
| | sruby@cdkrlaw.com |
| *Counsel for Defendants,* | *Counsel for Plaintiff,* |
| *Mylan Pharmaceuticals Inc. and* | *Regeneron Pharmaceuticals, Inc.* |
| *Biocon Biologics, Inc.* | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2023, I electronically filed a true copy of the foregoing with the Clerk of the Court by using the Court's CM/ECF system, which will send notice of the filing to all counsel of record.

    */s/ Gordon H. Copland*
Gordon H. Copland (WVSB #828)
400 White Oaks Boulevard
Bridgeport, WV 26330
(304) 933-8162
(304) 933-8181
gordon.copland@steptoe-johnson.com