IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**REGENERON PHARMACEUTICALS, INC.,**

    **Plaintiff,**

  v.                                       **CIVIL NO. 1:22-CV-61**
                                                        **(KLEEH)**

**MYLAN PHARMACEUTICALS INC. and
BIOCON BIOLOGICS INC.,**

    **Defendants.**

## ORDER MEMORIALIZING RULINGS

For reasons stated on the record during the bench trial in this matter, the Court:

- **GRANTED** Plaintiff's motion to exclude testimony Defendants' expert witness Dr. Barrett Rabinow [ECF No. 529];

- **GRANTED** Plaintiff's second motion to exclude testimony Defendants' expert witness Dr. Barrett Rabinow [ECF No. 540];

- **GRANTED** Defendant's motion to permit testimony of Plaintiff's witness Karen Chu [ECF No. 534]; and

- **DENIED** Defendants' motion to exclude testimony of Plaintiff's witness Karen Chu [ECF No. 546].

It is so **ORDERED.**

The Clerk shall transmit copies of this Order to counsel of record.

DATED: December 27, 2023

THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA