IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**REGENERON PHARMACEUTICALS, INC.,**

    **Plaintiff,**

  v.                                                                    **CIVIL NO. 1:22-CV-61**
                                                                                **(KLEEH)**

**MYLAN PHARMACEUTICALS INC. and**
**BIOCON BIOLOGICS INC.,**

    **Defendants.**

**ORDER DENYING AS MOOT DEFENDANTS'**
**MOTION TO EXCLUDE [ECF NO. 547]**

Pending is Defendants' motion to exclude the deposition designations of Dr. Alan Ryder and Dr. Stephen R. Russell [ECF No. 547]. Because Plaintiff did not seek to introduce deposition testimony of either Dr. Ryder or Dr. Russell during the bench trial in this matter, the Court **DENIES AS MOOT** Defendants' motion to exclude their deposition testimony.

It is so **ORDERED.**

The Clerk shall transmit copies of this Order to counsel of record.

DATED: December 27, 2023

                                                  */s/ Thomas S. Kleeh*
                                                  THOMAS S. KLEEH, CHIEF JUDGE
                                                  NORTHERN DISTRICT OF WEST VIRGINIA