# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

Regeneron Pharmaceuticals, Inc.
*Plaintiff(s)*

v.  Civil Action No. 1:22-cv-61

Mylan Pharmaceuticals, Inc., et al.
*Defendant(s)*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award    ☐ Judgment costs    ☒ Other

other: The Court concludes that Regeneron has demonstrated by a preponderance of the evidence that the Defendants have infringed claims 4, 7, 9, 11, 14, 15, 16, and 17 of the '865 Patent; Regeneron has demonstrated by a preponderance of the evidence that the Defendants will induce infringement of claims 6 and 25 of the '572 Patent and claims 11 and 19 of the '601 Patent; (continued below)

This action was:

☐ tried by jury    ☐ tried by judge    ☒ decided by judge

decided by Judge Thomas S. Kleeh

Mylan has not demonstrated by clear and convincing evidence that claims 4, 7, 9, 11, 14, 15, 16, and 17 of the '865 Patent are anticipated or obvious in light of the prior art or invalid under 35 U.S.C. § 112 for lack of written description, lack of enablement, or indefiniteness. Mylan has not demonstrated by clear and convincing evidence that claim 6 of the '572 Patent is invalid as anticipated; Mylan has demonstrated by clear and convincing evidence that claim 6 of the '572 Patent is invalid as obvious; Mylan has not demonstrated by clear and convincing evidence that claim 25 of the '572 patent is invalid as anticipated; Mylan has demonstrated by clear and convincing evidence that claim 25 of the '572 patent is invalid as obvious; Mylan has not demonstrated by clear and convincing evidence that Claim 11 of the '601 Patent is invalid as anticipated; Mylan has demonstrated by clear and convincing evidence that Claim 11 of the '601 patent is invalid as obvious; Mylan has demonstrated by clear and convincing evidence that Claim 19 of the '601 Patent is invalid as obvious.

Date: December 27, 2023

CLERK OF COURT
Cheryl Dean Riley
/s/ D. Kinsey

*Signature of Clerk or Deputy Clerk*