```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**REGENERON PHARMACEUTICALS, INC.,**

    **Plaintiff,**

  v.                                                          **CIVIL NO. 1:22-CV-61 (KLEEH)**

**MYLAN PHARMACEUTICALS INC. and
BIOCON BIOLOGICS INC.,**

    **Defendants.**

### ORDER DENYING AS MOOT DEFENDANTS' ORAL MOTION TO RENEW MOTION IN LIMINE NO. 5 [ECF NO. 550]

Pending is Defendants' oral motion to renew their motion in limine number 5 [ECF No. 550]. Based on its rulings in its Memorandum Opinion and Order following the bench trial in this matter, the Court **DENIES AS MOOT** Defendants' motion.

It is so **ORDERED**.

The Clerk shall transmit copies of this Order to counsel of record.

DATED: December 27, 2023

                                                      /s/ Thomas S. Kleeh
                                                      THOMAS S. KLEEH, CHIEF JUDGE
                                                      NORTHERN DISTRICT OF WEST VIRGINIA