# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
### AT CLARKSBURG

| | |
|---|---|
| REGENERON PHARMACEUTICALS, INC.,<br><br>　　　　Plaintiff,<br>　v.<br><br>MYLAN PHARMACEUTICALS INC.<br>and BIOCON BIOLOGICS INC.,<br><br>　　　　Defendants. | Civil Action No. 1:22-cv-00061-TSK |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON REGENERON COUNTS 7, 9, AND 11 FOR 35 U.S.C. § 253(b) STATUTORY DISCLAIMER**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 7.02, Defendants Biocon Biologics Inc. ("Biocon") and Mylan Pharmaceuticals Inc. ("Mylan") (collectively "Defendants") respectfully move the Court to grant summary judgement in their favor with respect to Counts 7, 9, and 11 of the complaint filed by Plaintiff Regeneron Pharmaceuticals Inc. ("Regeneron").

As set forth in the accompanying Memorandum filed contemporaneously herewith, in light of disclaimers filed by Regeneron and the other undisputed facts:

● There is no infringement of any claim of U.S. Patent No. 10,406,226 as contemplated by Count 7;

● There is no infringement of any claim of U.S. Patent No. 10,464,992 as contemplated by Count 9; and,

● There is no infringement of any claim of U.S. Patent No. 10,857,205 as contemplated by Count 11.

Accordingly, Defendants respectfully ask the Court to enter summary judgment in their favor.

Respectfully submitted,

Date: January 26, 2024

STEPTOE & JOHNSON PLLC

***/s/ Gordon H. Copland*** 
Gordon H. Copland (WVSB #828)
William J. O'Brien (WVSB #10549)
400 White Oaks Boulevard
Bridgeport, WV 26330
(304) 933-8162
gordon.copland@steptoe-johnson.com
william.obrien@steptoe-johnson.com

*Of Counsel (admitted pro hac vice):*
William A. Rakoczy
Deanne M. Mazzochi
Heinz J. Salmen
Eric R. Hunt
Neil B. McLaughlin
Lauren M. Lesko
Jake R. Ritthamel
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 W. Hubbard St., Suite 500
Chicago, IL 60654
(312) 527-2157

wrakoczy@rmmslegal.com
dmmazzochi@rmmslegal.com
hsalmen@rmmslegal.com
ehunt@rmmslegal.com
nmclaughlin@rmmslegal.com
llesko@rmmslegal.com
jritthamel@rmmslegal.com

*Attorneys for Defendants Biocon Biologics Inc. and Mylan Pharmaceuticals Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2024, I electronically filed the foregoing with the Clerk of the Court by using the Court's CM/ECF system. Counsel of record for all parties will be served by the Court's CM/ECF system.

| | |
|---|---|
| Date: January 26, 2024 | STEPTOE & JOHNSON PLLC |
| | |
| | ***/s/ Gordon H. Copland*** |
| | Gordon H. Copland (WVSB #828) |
| | William J. O'Brien (WVSB #10549) |
| | 400 White Oaks Boulevard |
| | Bridgeport, WV 26330 |
| | (304) 933-8162 |
| | gordon.copland@steptoe-johnson.com |
| | william.obrien@steptoe-johnson.com |
| | |
| | *Attorneys for Defendants Mylan Pharmaceuticals Inc. and Biocon Biologics, Inc.* |