IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**REGENERON PHARMACEUTICALS, INC.,**

    **Plaintiff,**

  **v.**                                  **CIVIL NO. 1:22-CV-61**
                                                **(KLEEH)**

**MYLAN PHARMACEUTICALS INC. and**
**BIOCON BIOLOGICS INC.,**

    **Defendants.**

**ORDER DENYING DEFENDANTS' EXPEDITED MOTION**
**FOR ENTRY OF A SCHEDULING ORDER [ECF NO. 691]**

Upon consideration, the Court disagrees with Defendants' position that an expedited scheduling order is necessary at this time. This Court has found that Defendants will infringe the '865 patent and that Defendants failed to prove the '865 patent was invalid. The '865 patent does not expire until June 2027. As such, there is no urgent need to schedule a trial in October 2024 on the remaining patents. Defendants' expedited motion for entry of a scheduling order is **DENIED** [ECF No. 691].

    It is so **ORDERED.**

    The Clerk is directed to transmit copies of this Order to counsel of record.

    DATED: February 8, 2024

THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA