# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
### At Clarksburg

| REGENERON PHARMACEUTICALS, INC., | |
|---|---|
| Plaintiff, | Civil Action No. 1:22-cv-00061-TSK |
| v. | |
| MYLAN PHARMACEUTICALS INC., and BIOCON BIOLOGICS INC., | |
| Defendants. | |

## PROPOSED AGREED ORDER SETTING DEADLINES

Came this day the parties and represented to the Court that they have agreed to a set of deadlines related to the pending Motion for Permanent Injunction and Incorporated Memorandum of Law dated February 22, 2024 (Dkt. No. 708), consistent with the schedule entered in related matters. Upon consideration of the same, the Court **ORDERS** that the following table of dates and deadlines shall govern the further proceedings on the Motion:

| Event | Deadline |
|---|---|
| Regeneron to file motion for permanent injunction and supportive memorandum | February 22, 2024 [Completed] |
| Depositions of any Regeneron declarants complete | March 15, 2024 |
| Defendants file opposition to motion for permanent injunction | March 21, 2024 |
| Deposition of Defendants' declarants complete | April 10, 2024 |
| Regeneron files reply in support of permanent injunction | April 18, 2024 |

| Hearing on Regeneron's motion for permanent injunction | May 2, 2024, at 10:00 a.m. |
|---|---|
| In-person status conference with lead counsel ahead of May 18, 2024 expiration of regulatory exclusivity | May 13, 2024, at 12:00 p.m. |

It is so **ORDERED.**

The Clerk is **DIRECTED** to transmit copies of this Order to counsel of record.

Dated: _____

_____
THOMAS S. KLEEH, CHIEF JUDGE
NOTHERN DISTRICT OF WEST VIRGINIA

Respectfully submitted this 4th day of March 2024.

STEPTOE & JOHNSON PLLC

*/s/ William J. O'Brien*
Gordon H. Copland (WVSB #828)
William J. O'Brien (WVSB #10549)
400 White Oaks Boulevard
Bridgeport, WV 26330
(304) 933-8162
(304) 933-8181
gordon.copland@steptoe-johnson.com
william.obrien@steptoe-johnson.com

*Counsel for Defendants*
*Mylan Pharmaceuticals Inc.*
*And Biocon Biologics Inc.*

CAREY DOUGLAS KESSLER & RUBY PLLC

*/s/ Steven R. Ruby*
Steven R. Ruby (WVSB No. 10752)
David R. Pogue (WVSB No. 10806)
707 Virginia Street, East, Suite 901
Charleston, WV 25323
Telephone: (304) 345-1234
Facsimile: (304) 342-1105
sruby@cdkrlaw.com
dpogue@cdkrlaw.com

*Counsel for Plaintiff*
*Regeneron Pharmaceuticals, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of March 2024, I filed the foregoing "Proposed Agreed Order Setting Deadlines" with the clerk of the Court by using the CM/ECF system, which will send electronic notice thereof to all counsel of record.

    */s/ William J. O'Brien*
Gordon H. Copland (WV Bar #828)
gordon.copland@steptoe-johnson.com
William J. O'Brien (WV Bar #10549)
william.obrien@steptoe-johnson
STEPTOE & JOHNSON, PLLC
400 White Oaks Boulevard
Bridgeport, WV 26330
(304) 933-8000

*Counsel for Defendants*
*Mylan Pharmaceuticals Inc.*
*And Biocon Biologics Inc.*