# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
### At Clarksburg

| | |
|---|---|
| REGENERON PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MYLAN PHARMACEUTICALS INC., and BIOCON BIOLOGICS INC., <br><br> Defendants. | Civil Action No. 1:22-cv-00061-TSK |

## AGREED ORDER SETTING DEADLINES

Came this day the parties and represented to the Court that they have agreed to a set of deadlines related to the pending Motion for Permanent Injunction and Incorporated Memorandum of Law dated February 22, 2024 (Dkt. No. 708), consistent with the schedule entered in related matters. Upon consideration of the same, the Court **ORDERS** that the following table of dates and deadlines shall govern the further proceedings on the Motion:

| Event | Deadline |
|---|---|
| Regeneron to file motion for permanent injunction and supportive memorandum | February 22, 2024 [Completed] |
| Depositions of any Regeneron declarants complete | March 15, 2024 |
| Defendants file opposition to motion for permanent injunction | March 21, 2024 |
| Deposition of Defendants' declarants complete | April 10, 2024 |
| Regeneron files reply in support of permanent injunction | April 18, 2024 |

| Hearing on Regeneron's motion for permanent injunction | May 2, 2024, at 10:00 a.m. |
|---|---|
| In-person status conference with lead counsel ahead of May 18, 2024 expiration of regulatory exclusivity | May 13, 2024, at 12:00 p.m. |

It is so **ORDERED**.

The Clerk is **DIRECTED** to transmit copies of this Order to counsel of record.

Dated: March 5, 2024

THOMAS S. KLEEH, CHIEF JUDGE
NOTHERN DISTRICT OF WEST VIRGINIA

Respectfully submitted this 4th day of March 2024.

| STEPTOE & JOHNSON PLLC | CAREY DOUGLAS KESSLER & RUBY PLLC |
|---|---|
| */s/ William J. O'Brien* | */s/ Steven R. Ruby* |
| Gordon H. Copland (WVSB #828) | Steven R. Ruby (WVSB No. 10752) |
| William J. O'Brien (WVSB #10549) | David R. Pogue (WVSB No. 10806) |
| 400 White Oaks Boulevard | 707 Virginia Street, East, Suite 901 |
| Bridgeport, WV 26330 | Charleston, WV 25323 |
| (304) 933-8162 | Telephone: (304) 345-1234 |
| (304) 933-8181 | Facsimile: (304) 342-1105 |
| gordon.copland@steptoe-johnson.com | sruby@cdkrlaw.com |
| william.obrien@steptoe-johnson.com | dpogue@cdkrlaw.com |
| | |
| *Counsel for Defendants* | *Counsel for Plaintiff* |
| *Mylan Pharmaceuticals Inc.* | *Regeneron Pharmaceuticals, Inc.* |
| *And Biocon Biologics Inc.* | |