**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**IN RE: AFLIBERCEPT PATENT**
**LITIGATION**

                                  **MDL NO. 1:24-MD-3103-TSK**

**THIS DOCUMENT RELATES TO**
**ALL CASES**

<u>**ORDER REGARDING LIAISON COUNSEL**</u>

On April 26, 2024, the Court directed the parties to nominate liaison counsel. ECF No. 24. Upon review of the parties' recommendations and supporting materials, the Court selects the following to serve as liaison counsel:

- <u>Regeneron Pharmaceuticals, Inc.</u>: **David I. Berl** of Williams & Connolly LLP;

- <u>Amgen Inc.</u>: **John R. Labbe** of Marshall, Gerstein & Borun LLP;

- <u>Celltrion, Inc.</u>: **Robert Cerwinski** of Gemini Law LLP;

- <u>Formycon AG</u>: **Louis E. Fogel, Ph.D.**, of Fish & Richardson P.C.;

- <u>Mylan Pharmaceuticals Inc. and Biocon Biologics Inc.</u>: **William A. Rakoczy** of Rakoczy Molino Mazzochi Siwik LLP; and

- <u>Samsung Bioepis, Co., Ltd.</u>: **Raymond N. Nimrod**, of Quinn Emanuel Urquhart & Sullivan, LLP.

At this stage, liaison counsel will be responsible for coordinating administrative matters for their respective party. The Court may only be contacted, in writing, by liaison counsel. <u>See</u> Fed. Judicial Ctr., Manual for Complex Litigation (4th ed., 2004).

It is so **ORDERED**.

The Clerk is **DIRECTED** to transmit copies of this Order to counsel of record.

DATED: May 21, 2024

THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA