AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Northern District of West Virginia__ on the following

☐ Trademarks or   ☑ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>1:22-cv-61 | DATE FILED<br>8/2/2022 | U.S. DISTRICT COURT<br>Northern District of West Virginia | |
|---|---|---|---|
| PLAINTIFF<br>REGENERON PHARMACEUTICALS, INC. | | DEFENDANT<br>MYLAN PHARMACEUTICALS, INC. | |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | See attached | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |   |   |   |
|---|---|---|---|---|
| | ☐ Amendment | ☐ Answer | ☐ Cross Bill | ☐ Other Pleading |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Regeneron's Case No. 1:22-cv-61 against Defendants (which was made a part of MDL No. 24-md-3103-TSK), including all claims and defenses asserted by Regeneron against Defendants and all counterclaims and defenses asserted by Defendants against Regeneron, are hereby dismissed, with prejudice. |

| CLERK<br>CHERYL DEAN RILEY | (BY) DEPUTY CLERK<br>/s/ S. Cole | DATE<br>04/22/2025 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy**

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 7,070,959 | July 4, 2006 | Regeneron Pharmaceuticals, Inc. |
| 9,222,106 | December 29, 2015 | Regeneron Pharmaceuticals, Inc. |
| 9,254,338 | February 9, 2016 | Regeneron Pharmaceuticals, Inc. |
| 9,669,069 | June 6, 2017 | Regeneron Pharmaceuticals, Inc. |
| 9,816,110 | November 14, 2017 | Regeneron Pharmaceuticals, Inc. |
| 10,130,681 | November 20, 2018 | Regeneron Pharmaceuticals, Inc. |
| 10,406,226 | September 10, 2019 | Regeneron Pharmaceuticals, Inc. |
| 10,415,055 | September 17, 2019 | Regeneron Pharmaceuticals, Inc. |
| 10,464,992 | November 5, 2019 | Regeneron Pharmaceuticals, Inc. |
| 10,669,594 | June 2, 2020 | Regeneron Pharmaceuticals, Inc. |
| 10,857,205 | December 8, 2020 | Regeneron Pharmaceuticals, Inc. |
| 10,888,601 | January 12, 2021 | Regeneron Pharmaceuticals, Inc. |
| 10,927,342 | February 23, 2021 | Regeneron Pharmaceuticals, Inc. |
| 10,973,879 | April 13, 2021 | Regeneron Pharmaceuticals, Inc. |
| 11,053,280 | July 6, 2021 | Regeneron Pharmaceuticals, Inc. |
| 11,066,458 | July 20, 2021 | Regeneron Pharmaceuticals, Inc. |
| 11,084,865 | August 10, 2021 | Regeneron Pharmaceuticals, Inc. |
| 11,104,715 | August 31, 2021 | Regeneron Pharmaceuticals, Inc. |
| 11,174,283 | November 16, 2021 | Regeneron Pharmaceuticals, Inc. |
| 11,186,625 | November 30, 2021 | Regeneron Pharmaceuticals, Inc. |
| 11,253,572 | February 22, 2022 | Regeneron Pharmaceuticals, Inc. |
| 11,299,532 | April 12, 2022 | Regeneron Pharmaceuticals, Inc. |
| 11,306,135 | April 19, 2022 | Regeneron Pharmaceuticals, Inc. |
| 11,332,771 | May 17, 2022 | Regeneron Pharmaceuticals, Inc. |